**FILED**

**MAR. 15, 2022**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHAUN RUSHING, )
)
        Plaintiff, )
)
        v. )      Civil Action No.  22-202 (UNA)
)
UNITED STATES *et al*., )
)
        Defendants. )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a "Lawsuit 2 count," ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 3. The Court will grant the *in forma pauperis* application and dismiss the case.

"[F]ederal courts are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]" *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (internal quotation marks and citations omitted). Plaintiff is a resident of Grand Rapids, Michigan, who has sued the U.S. Congress for "999.5 Trillion dollars." The one-page pleading mentions unfair treatment but is otherwise incomprehensible. Consequently, this action will be dismissed. A separate order accompanies this Memorandum Opinion.

                             _____/s/_____
                             AMIT P. MEHTA
                             United States District Judge

Date: March 15, 2022